IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SUN MI NICHOLS,<br><br>　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 19-56058-PWB |

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS' PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE APRIL 1, 2020 TO:**

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtors' Attorney at: Jones & Walden LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

**The undersigned is a holder of** [check one:]
　___ a secured claim
　_x_ an unsecured claim
　___ other [specify:_____]

**In an unknown amount, in Class 2 and hereby:**
　_x_ Accepts　　___ Rejects Debtors' Plan of Reorganization

Date: 3/20/20

Creditor: Michelle Kwak
　　　Print or Type Name
Signed: _Michelle N. Dwy_ (signature)
[If appropriate] as: Attorney for Creditor
　　　Title
Address: 630 Village Trace, BE
　　　　Marietta, GA 30067
Phone Number: 770-612-0909